UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RORY JONES,

      Plaintiff,

v.

SPARTAN STORES, INC. WELFARE
PLAN, an ERISA employee benefit plan
and, METROPOLITAN LIFE INSURANCE
COMPANY, a New York insurance
corporation,

      Defendants.
_____/

Case No. 08-10135

Hon. Patrick J. Duggan

Magistrate Judge Pepe

ORDER OF DISMISSAL WITH PREJUDICE

Upon the reading and filing
of the parties' stipulation:

IT IS HEREBY ORDERED AND ADJUDGED that the above action be, and hereby is DISMISSED WITH PREJUDICE and without an award of costs, interest or attorney fees to any Party.

      s/Patrick J. Duggan
      Patrick J. Duggan
      United States District Judge

Dated: July 29, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 29, 2008, by electronic and/or ordinary mail.

      s/Marilyn Orem
      Case Manager